UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AMANDA ALLADIN,

                            Plaintiff,

-against-

PRACTICE MANAGEMENT OF AMERICA,

                            Defendant.

Civil Action No.
21-cv-01197-JMA-SIL

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their counsel, who are authorized by their respective clients to execute this Stipulation, that the above-captioned action be dismissed, in its entirety, with prejudice and without any award of attorneys' fees, costs or other relief.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be signed in counterparts and a facsimile or electronic signature shall be sufficient for all purposes.

Kaiser Saurborn & Main, P.C.

By: _____
Daniel J. Kaiser, Esq.
30 Broad Street, 37th Floor
New York, New York 10004
Telephone: 212-338-9100
*Attorneys for Plaintiff*

Dated: July 30, 2021

Ruskin Moscou Faltischek, P.C.

By: ___/s/ David A. Robins_____
David A. Robins, Esq.
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, NY 11536
Telephone: (516) 663-6618
*Attorneys for Defendant*

Dated: August 16, 2021

SO ORDERED:

_____