**FILED
CLERK**

11:47 am, Aug 17, 2021

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AMANDA ALLADIN,

                                        Plaintiff,

          -against-

PRACTICE MANAGEMENT OF AMERICA,

                                        Defendant.

Civil Action No.
21-cv-01197-JMA-SIL

**STIPULATION OF
DISMISSAL WITH
PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant,

through their counsel, who are authorized by their respective clients to execute this Stipulation,

that the above-captioned action be dismissed, in its entirety, with prejudice and without any award

of attorneys' fees, costs or other relief.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be signed in

counterparts and a facsimile or electronic signature shall be sufficient for all purposes.

Kaiser Saurborn & Main, P.C.

By: _____
     Daniel J. Kaiser, Esq.
     30 Broad Street, 37th Floor
     New York, New York 10004
     Telephone: 212-338-9100
     *Attorneys for Plaintiff*


     Dated: __July 30, 2021_____

Ruskin Moscou Faltischek, P.C.

By: ___*/s/ David A. Robins*_____
     David A. Robins, Esq.
     1425 RXR Plaza
     East Tower, 15th Floor
     Uniondale, NY 11536
     Telephone: (516) 663-6618
     *Attorneys for Defendant*


     Dated: __August 16, 2021_____

SO ORDERED:

 /s/ Joan M. Azrack, USDJ
_____

     8/17/2021